UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                          :
UNITED STATES OF AMERICA,        :
                                                          :
                                                          :
                      -v-                              :
                                                          :
ALEX SANTIAGO RODRIGUEZ TAPIA, *et*  :
*al.*,                                                           :
                            Defendants.  :
------------------------------------------------------------ :
                                                           X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/1/2022

1:22-cr-532-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      The arraignment and initial conference for this matter will be held on November 2, 2022 at 3:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      The Clerk of Court is directed to terminate the motion pending at Dkt. No. 17.

      SO ORDERED.

Dated: November 1, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge