USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/3/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                         :

UNITED STATES OF AMERICA,            :

                                                       :

                   -v-                               :             1:22-cr-532-GHW

                                                       :

ALEX SANTIAGO RODRIGUEZ TAPIA,  :             ORDER
JUAN CARLOS LOPEZ LASA, and
JOSE WALTER HERNANDEZ LOZANO,   :
                               Defendants.  :

                                                       :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      Upon the application of the parties, defendants ALEX SANTIAGO RODRIGUEZ TAPIA, JUAN CARLOS LOPEZ LASA, and JOSE WALTER HERNANDEZ LOZANO, by and through their respective attorneys, ZAWADI BAHARANYI, HARVEY FISHBEIN, and DANIEL MCGUINNESS, and with the consent of the United States of America, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, Nicholas Bradley, Assistant United States Attorney, of counsel, it is hereby ORDERED that the status conference scheduled in this matter for May 9, 2023 is continued to July 11, 2023 at 1:30 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

      The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the defendants and their attorneys to receive and review discovery. Accordingly, it is further ORDERED that the time from the date of this order through July 11, 2023 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 27.

SO ORDERED.

Dated: May 3, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge