```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
   UNITED STATES OF AMERICA,                                   :
                                                               :
                                                               :
                                                               :
                   -v-                                         :
                                                               :
                                                               :
   ALEX SANTIAGO RODRIGUEZ TAPIA,                              :
                                                               :
                                    Defendant.                 :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/23/2023

1:22-cr-532-GHW-1

ORDER

GREGORY H. WOODS, United States District Judge:

A proceeding with respect to defendant Alex Santiago Rodriguez Tapia is scheduled for October 27, 2023 at 2:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: October 23, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge