**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

January 29, 2024

# MEMORANDUM ENDORSED

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/30/2024

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Alex Rodriguez Tapia**
      **22 Cr. 532 (GHW)**

Dear Judge Woods,

With the consent of the Government, I write to request an adjournment of approximately 60 days of Alex Rodriguez Tapia's sentencing hearing, currently scheduled for February 12, 2024. The parties have consulted regarding available dates and would be available: April 4-5, April 22-26.

I make this request for additional time to prepare for sentencing because our office is in the middle of receiving, sorting and translating a large volume of mitigation materials from Ecuador, Mr. Rodriguez's home country and where he resided prior to his arrest in this matter. I will need additional time to finish this process and incorporate these mitigating documents into our sentencing submission so that the Court has all available information relevant to its assessment under 18 U.S.C. 3553(a).

This is the Mr. Rodriguez Tapia's first request for an adjournment of sentencing. As noted above, the Government consents to this request for additional time.

Application granted in part.  The dates that the parties requested are not available.  The sentencing hearing scheduled in this matter for February 12, 2024 is adjourned to April 16, 2024 at 11:00 a.m. The defendant's sentencing submissions are due no later than April 2, 2024 the Government's sentencing submissions are due no later than April 9, 2024.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 62.

Respectfully submitted,

/s/_____

Zawadi Baharanyi
Assistant Federal Defender
(917) 612-2753

SO ORDERED.

Dated: January 30, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge