**MEMORANDUM ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 23, 2024

**BY ECF**

The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/26/2024

Re: **United States v. Alex Rodriguez Tapia**
    **22 Cr. 532 (GHW)**

Dear Judge Woods,

      With the consent of the Government, I write to request an adjournment of Alex Rodriguez Tapia's sentencing hearing, currently scheduled for April 16, 2024, at 11:00 AM. I will be out of the country for previously arranged travel and unable to proceed with the hearing on this date. In consulting with Chambers and the Government, I understand that the Court and all parties are available to proceed on April 19, 2024, at 11:00 AM. I respectfully ask that Your Honor adjourn Mr. Rodriguez Tapia's sentencing hearing to this date and time.

Respectfully submitted,

/s/

Zawadi Baharanyi
Assistant Federal Defender
(917) 612-2753

CC: AUSA Nicholas Bradley/Matthew Hellman.

The sentencing hearing scheduled in this matter for April 16, 2024 is adjourned to April 19, 2024 at 11:00 a.m. The defendant's sentencing submissions are due no later than April 5, 2024; the Government's sentencing submissions are due no later than May 12, 2024. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 71.

SO ORDERED.

Dated: February 26, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge