USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___8/7/2025___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX SANTIAGO RODRIGUEZ TAPIA,

                                    Movant,

                    -against-

UNITED STATES OF AMERICA,

                                    Respondent.

1:25-cv-6460-GHW

1:22-cr-532-GHW

ORDER TO ANSWER, 28 U.S.C. § 2255

GREGORY H. WOODS, United States District Judge:

The Court, having concluded that the motion brought under 28 U.S.C. § 2255 should not be summarily dismissed as being without merit, hereby ORDERS that:

The Clerk of Court shall electronically notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Within sixty days of the date of this order, the U.S. Attorney's Office shall file an answer or other pleadings in response to the motion. Movant shall have thirty days from the date on which Movant is served with Respondent's answer to file a response. Absent further order, the motion will be considered fully submitted as of that date.  All further papers filed or submitted for filing must include the criminal docket number and will be docketed in the criminal case.

The Clerk of Court, in addition to electronically notifying the Criminal Division of the U.S. Attorney's Office for the Southern District of New York as directed above, is directed to mail a copy of this order to Mr. Rodriguez Tapia.

SO ORDERED.

Dated:    August 7, 2025
          New York, New York

                                    GREGORY H. WOODS
                                    United States District Judge