UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ALEX SANTIAGO RODRIGUEZ TAPIA,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/2025

1:22-cr-532-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On April 19, 2024, the defendant was sentenced principally to a term of imprisonment of 162 months. Dkt. No. 80.

On August 12, 2025, the defendant filed a motion (the "Motion") requesting that this court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guideline amendment which went into effect on November 1, 2023 and applies retroactively. Dkt. No. 167. The Court has considered the record in this case, and the Motion, pursuant to 18 U.S.C. § 3582(c)(2).

The defendant is ineligible for this reduction for the simple reason that—as described above, and in the Motion itself—Amendment 821 went into effect before the defendant was sentenced. The Court used the November 1, 2023 sentencing guidelines, which incorporated USSG 4C1.1, for the defendant's sentencing. Dkt. No. 88 at 10:18-21. Mr. Tapia, a trained lawyer in his home country, bases his Motion on the assertion that Amendment 821 is "new." Motion ¶ 5. Because the chronology of Mr. Tapia's sentencing makes it clear that the Amendment 821 was effective before Mr. Tapia's sentencing, the request that his sentence be reduced as a result of the retroactive effect of Amendment 821 has no merit.

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444–45 (1962).

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 167, and to mail a copy of this order to Mr. Tapia by first class mail.

SO ORDERED.

Dated: September 11, 2025  
       New York, New York

                                         GREGORY H. WOODS  
                                         United States District Judge