USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/22/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                              :

  ALEX SANTIAGO RODRIGUEZ TAPIA,   :

                              :

                       Movant,   :

                              :           25-cv-6460 (GHW)

        -against-             :           22-cr-532-1 (GHW)

                              :

UNITED STATES OF AMERICA,       :           ORDER

                              :

                Respondent.   :

                              :

-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On April 19, 2024, Alex Santiago Rodriguez Tapia pleaded guilty to conspiracy to import 500 grams and more of cocaine and one kilogram and more of heroin, in violation of 21 U.S.C. §§ 963, 960(b)(2)(B), and 960(b)(2)(A). On the same day, the Court sentenced Mr. Rodriguez Tapia principally to imprisonment for a term of 162 months. On July 29, 2025, Mr. Rodriguez Tapia filed a petition for habeas corpus. Case No. 1:25-cv-6460, Dkt. No. 1. The United States filed its opposition to Mr. Rodriguez Tapia's petition on October 6, 2025. 1:22-cr-00532, Dkt. No. 174. Mr. Rodriguez Tapia filed his reply on November 10, 2025. 1:22-cr-00532, Dkt. No. 177.

The Court will hold a hearing with respect to Mr. Rodriguez Tapia's petition on January 21, 2026 at 2:00 p.m. The Court anticipates that at that hearing it will appoint counsel to represent Mr. Rodriguez Tapia in connection with this application as required under Rule 8(C) of the Rules Governing Section 2255 Proceedings for the United States District Courts.

The Court directs the United States to produce Mr. Rodriguez Tapia for the hearing.

The Clerk of Court is directed to mail Mr. Rodriguez Tapia copy of this order by first-class and certified mail.

SO ORDERED.

Dated:  December 22, 2025

_____
GREGORY H. WOODS
United States District Judge