LINCOLN SQUARE LEGAL SERVICES, INC.

Fordham University School of Law
150 West 62nd Street, Ninth Floor
New York, NY 10023

Tel  212-636-6934
Fax 212-636-6923

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/15/2026

May 15, 2026

**Via ECF**
The Honorable Gregory H. Woods
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMORANDUM ENDORSED**

Re:     **United States v. Alex Santiago Rodriguez Tapia,**
          **22-CR-532 (GHW)**
          **25-CV-6460 (GHW)**

Your Honor:

        We write on behalf of Mr. Alex Santiago Rodriguez Tapia, who has a 28
U.S.C. § 2255 motion pending before the Court and a conference on May 21, 2026 at
11:00 a.m.  With the government's consent, we write to request an adjournment of the
conference to the week of June 29 or thereafter, to permit further time for the parties
to finalize a non-adversary disposition of the matter with Mr. Rodriguez Tapia.  I am
out of the country teaching abroad from May 22 to the evening of June 26, but will
monitor the matter and alert the Court if the matter can be resolved before the next
conference date.  This is our third adjournment request.

        Thank you for your attention to this matter.

                                        Respectfully submitted,
                                        */s/*
                                        Michael W. Martin
                                        Ian Weinstein
                                        Lincoln Square Legal Services, Inc.
                                        *Attorneys for Mr. Rodriguez Tapia*

cc:     **By ECF & Email**
          Nicholas Bradley, Esq.
          Assistant United States Attorney
          Southern District of New York

        Application granted.  The conference scheduled for May 21, 2026 is adjourned to July 13,
        2026 at 9:00 a.m.

        The Clerk of Court is directed to terminate the motions pending at Dkt. No. 188 in 1:22-
        cr-532 and Dkt. No. 15 in 1:25-cv-6460.

        SO ORDERED.
        Dated:  May 15, 2026
        New York, New York                    _____
                                                GREGORY H. WOODS
                                                United States District Judge